THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00226-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| APPROXIMATELY $13,594 IN FUNDS ) | |
| SEIZED FROM JERRELL TITO ) | |
| BOWMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Government initiated this civil *in rem* action on August 7, 2018. [Doc. 1]. On October 3, 2018, the Government filed a Declaration of Publication, advising that notice of this action was published on an official government internet site for at least thirty (30) days consecutive days beginning on August 22, 2018. [Doc. 5]. Since the filing of Declaration of Publication, it appears that the Government has taken no steps to prosecute this action further.

**IT IS, THEREFORE, ORDERED** that that within fourteen (14) days of the entry of this Order, the Government shall file an appropriate motion or otherwise take further appropriate action in this case. **The Government is**

**advised that failure to take such further action will result in the dismissal of this civil action.**

**IT IS SO ORDERED.**

Signed: February 8, 2019

Martin Reidinger
United States District Judge